| | |
|---|---|
| **SINGH, SINGH & TRAUBEN, LLP**<br>**MICHAEL A. TRAUBEN** (SBN: 277557)<br>mtrauben@singhtraubenlaw.com<br>400 S. Beverly Drive, Suite 240<br>Beverly Hills, California 90212<br>Tel: 310.856.9705 \| Fax: 888.734.3555<br><br>*Attorneys for Plaintiffs/Counter-Defendants*<br>DUARS MUSIC PUBLISHING LLC,<br>DUARS ENTERTAINMENT L.L.C., *and*<br>ERIC PEREZ | **ROSSI BALDIVIA KLEIN FINE & SPECTOR**<br>John R. Baldivia (SBN: 313699)<br>301 N. Lake Avenue, Suite 340<br>Pasadena, California 91101<br>Tel: (626) 734-6179 \| Fax: (626) 603-6926<br>Email: jb@rossipic.com<br><br>*Attorneys for Defendant/Counterclaimant*<br>LUIS J. GONZALEZ |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUARS MUSIC PUBLISHING LLC, a Puerto Rico limited liability company, and DUARS ENTERTAINMENT L.L.C. a Puerto Rico limited liability company,<br><br>　　　　　Plaintiffs,<br>　v.<br><br>LUIS J. GONZALEZ P/K/A MR. NAIS GAI, an individual, and DOES 1-10, inclusive,<br><br>　　　　　Defendants.<br>_____<br>LUIS J. GONZALEZ P/K/A MR. NAIS GAI,<br><br>　　　　　Counterclaim-Plaintiff,<br>　v.<br><br>DUARS MUSIC PUBLISHING LLC, a Puerto Rico limited liability company, DUARS ENTERTAINMENT L.L.C. a Puerto Rico limited liability company, ERIC PEREZ, an individual, and DOES 11-20, inclusive,<br><br>　　　　　Counterclaim-Defendants. | Case No.: 2:24-cv-05898-E<br><br>The Honorable Charles F. Eick<br>Courtroom 750<br><br>**JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(ii)**<br><br>ORIGINAL COMPLAINT:　07/12/2024<br>RESPONSIVE PLEADING:　02/07/2025<br>TRIAL DATE:　　　　　　None Set |

1

1  Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiffs
2  and counterclaim-defendants DUARS MUSIC PUBLISHING LLC ("**Duars Music
3  Publishing**") and DUARS ENTERTAINMENT L.L.C. ("**Duars Entertainment**")
4  (collectively "**Plaintiffs**") and counterclaim-defendant ERIC PÉREZ ("**Pérez**")
5  (collectively "**Counterclaim-Defendants**"), on the one hand, and defendant and
6  counterclaim-plaintiff LUIS J. GONZALEZ P/K/A MR. NAIS GAI ("**Gonzalez**,"
7  "**Defendant**," or "**Counterclaim-Plaintiff**"), on the other hand, hereby jointly stipulate to
8  the dismissal of this entire action as against all parties **with prejudice**, including, but not
9  limited to, the dismissal of Plaintiffs' Complaint [ECF 01] with prejudice and the dismissal
10 of Counterclaim-Plaintiff Gonzalez's Counterclaims [ECF 14] with prejudice, with each
11 party to bear their own costs, expenses, and attorneys' fees.

12 **DATED**: July 3, 2025          Respectfully submitted,

14                                  **SINGH, SINGH & TRAUBEN, LLP**
                                    **MICHAEL A. TRAUBEN**

16                                  By: /s/ *Michael A. Trauben*
17                                       Michael A. Trauben

18                                  *Attorneys for Plaintiffs/Counter-Defendants*
19                                  DUARS MUSIC PUBLISHING LLC,
                                    DUARS ENTERTAINMENT L.L.C., *and*
20                                  ERIC PEREZ

21 **DATED**: July 3, 2025          Respectfully submitted,

23                                  **ROSSI BALDIVIA KLEIN FINE & SPECTOR**

24                                  By: /s/ *John R. Baldivia*
25                                       John R. Baldivia, Esq.

27                                  *Attorneys for Defendant/Counterclaimant*
                                    LUIS J. GONZALEZ

28 IT IS SO ORDERED.

   DATED: July 3, 2025              Charles F. Eick, United States Magistrare Judge

The undersigned hereby attests, pursuant to Local Rule 5-4.3.4(a)(2)(i), that all other listed signatories on whose behalf this filing is submitted concur in the filing's content and have authorized the filing.

**DATED**: July 3, 2025                    Respectfully submitted,

                                                **SINGH, SINGH & TRAUBEN, LLP**
                                                **MICHAEL A. TRAUBEN**

By:   */s/ Michael A. Trauben*
        Michael A. Trauben

***Attorneys for Plaintiffs/Counter-Defendants***
DUARS MUSIC PUBLISHING LLC,
DUARS ENTERTAINMENT L.L.C., *and*
ERIC PEREZ